1  RANDOLPH L. HOWARD, ESQ.
   Nevada Bar No. 006688
2  NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
3  **KOLESAR & LEATHAM, CHTD.**
   3320 W. Sahara Avenue, Suite 380
4  Las Vegas, Nevada 89102
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-mail:   rhoward@klnevada.com
6            ncox@klnevada.com

7  Attorneys for Defendant
   FEDERAL DEPOSIT INSURANCE
8  CORPORATION as Receiver of Silver State Bank

9  J. STEPHEN PEEK, ESQ.
   Nevada Bar No. 001758
10 BRAD M. JOHNSTON, ESQ.
   Nevada Bar No. 008515
11 DAVID J. FREEMAN, ESQ.
   Nevada Bar No. 10045
12 **HOLLAND & HART LLP**
   3930 Howard Hughes Parkway, Tenth Floor
13 Las Vegas, Nevada 89169
   Telephone: (702) 669-4600
14 Facsimile: (702) 669-4650
   E-mail:   speek@hollandhart.com
15           bjohnston@hollandhart.com
             dfreeman@hollandhart.com
16
   Attorneys for Plaintiffs
17 NAPA VALLEY I, LLC & NAPA
     VALLEY II, LLC

18

19                    UNITED STATES DISTRICT COURT

20                          DISTRICT OF NEVADA

21 | NAPA VALLEY I, LLC, a Nevada Limited    | Case No.: 2:09-cv-00920-RLH-GWF
   | Liability Company; NAPA VALLEY II, LLC,
22 | a Nevada Limited Liability Company,

23                 Plaintiffs,                **FINAL ORDER AND JUDGMENT
                                                    OF DISMISSAL**
24         vs.

25 FEDERAL DEPOSIT INSURANCE
   CORPORATION as Receiver/Liquidator of
26 Silver State Bank,

27                 Defendant.

28

The Joint Motion of Plaintiffs NAPA VALLEY I, LLC, a Nevada Limited Liability Company; and NAPA VALLEY II, LLC, a Nevada Limited Liability Company ("Plaintiffs") and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver/Liquidator of Silver State Bank ("FDIC") to determine (1) whether the terms and conditions of the Settlement Agreement between Plaintiffs and the FDIC is fair, reasonable and adequate for the settlement of all claims released therein by all releasing persons against all released persons and should be approved; and (2) whether Judgment should be entered dismissing the above-entitled action and with prejudice in favor of the FDIC. The Settlement Agreement is incorporated herein by reference.

The Court having considered all matters submitted to it and good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over the subject matter of this dispute, Plaintiffs and the FDIC.

2. The above-entitled action is herewith dismissed with prejudice as against the FDIC and without any other person's costs, expenses, or attorneys' fees to be paid by the FDIC. Plaintiffs are hereby permanently barred and enjoined from instituting, commencing, or prosecuting any and all released claims (as set forth in the Settlement Agreement) against the FDIC, including unknown claims. The released claims (as set forth in the Settlement Agreement) are hereby compromised, settled, released, discharged, and dismissed on the merits and with prejudice by virtue of the proceedings herein and this Final Order and Judgment.

3. To the fullest extent permitted by law, Plaintiffs shall not be permitted to bring a claim against the FDIC, in any way, directly or indirectly, based on, arising from, or referable to or related to any alleged damages incurred or allegedly incurred, pertaining to or arising from in any way, directly or indirectly (a) the failure of Southwest Exchange or Qualified Exchange Services, Inc., including their subsidiaries or affiliates, or (b) any of the events, acts, or conduct alleged in (i) the above-entitled action; (ii) the action entitled *In Re: Receivership of Southwest Exchange, Inc. and Consolidated Litigation*, Case No. 07-A-535439-B, pending in the Eighth Judicial District Court, Clark County, Nevada; or (iii) the action entitled *In Re: Southwest*

*Exchange, Inc. – Internal Revenue Service §1031 Tax Deferred Exchange Litigation*, United States District Court Case, District of Nevada, Case No. 2:07-CV-01394-RCJ-LRL, MDL No. 1878.

4. This Court retains jurisdiction over matters relating to the Settlement Agreement, including the administration and enforcement of the Settlement Agreement and this Final Order and Judgment.

5. The Court has determined that there is no just reason for delay in entering this Final Order and Judgment and hereby enters this Final Order and Judgment as a final judgment pursuant to Federal Rules of Civil Procedure 54(b).

DATED this 11th day of August, 2010.

HONORABLE ROGER HUNT
UNITED STATES DISTRICT JUDGE

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

SUBMITTED BY:

**KOLESAR & LEATHAM, CHTD.**

By ______________________
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of Silver State Bank

SUBMITTED BY:

**HOLLAND & HART LLP**

By /s/ J. Stephen Peek
J. STEPHEN PEEK, ESQ.
Nevada Bar No. 1758
BRAD M. JOHNSTON, ESQ.
Nevada Bar No. 8515
DAVID J. FREEMAN, ESQ.
Nevada Bar No. 10045
3930 Howard Hughes Parkway
Tenth Floor
Las Vegas, Nevada 89169

Attorneys for Plaintiffs
NAPA VALLEY I, LLC & NAPA VALLEY II, LLC

Napa Valley I, LLC, et al. v. Federal Deposit Insurance Corporation/2:09-cv-00920-RLH-GWF
Final Order and Judgment of Dismissal

781481 (7617-1) Page 3 of 3